**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Demetrices Tavares MITCHELL,
Defendant–Appellant.**

No. 13–13274

Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

April 2, 2014.

David Paul Rhodes, Arthur Lee Bentley, III, U.S. Attorney's Office, Tampa, FL, Peggy Morris Ronca, Daniel C. Irick, U.S. Attorney's Office, Orlando, FL, for Plaintiff–Appellee.

Demetrices Tavares Mitchell, Miami, FL, pro se.

Before TJOFLAT, MARCUS and JORDAN, Circuit Judges.

PER CURIAM:

Charles M. Greene, appointed counsel for Demetrices Mitchell in this direct criminal appeal, has moved to withdraw from further representation of Mitchell and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Mitchell's convictions and sentences are **AFFIRMED.**